Antonia Shimkus, appellant, v. Standard Oil Company, appellee.
Action for personal injuries from automobile. Judgment for defendant. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
Louis Beasley and Edward C. Zulley, for appellant. Kramer, Kramer & Campbell and R. E. Costello, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

H. P. Hotz, appellee, v. James U. Duffin, appellant.
Forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
J. B. Harris, for appellant. Edward L. Maher, for appellee; Frank E. Sebastian, of counsel.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

M. W. Cockrum, appellee, v. Charles Gualdoni et al., appellants.
Action on purchase price promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
. Williams & Lewis and R. E. Smith, for appellants. Layman & Johnson, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

Christina Bolk, executrix, appellee, v. Ben Albers, appellant.
Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Clinton county; the Hon. Franklin R. Dove, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed February 19, 1927. Rehearing denied March 23, 1927.
W. G. Murphey and A. B. Lager, for appellant. C. A. McNeill and P. K. Johnson, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

Robert Belino, plaintiff in error, v. John Petty et al., defendants in error.
Bill to set aside conveyances as fraudulent. Dismissed for want of equity. Error to the Circuit Court of Randolph county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.
Thomas F. Smith, for plaintiff in error. Everett Lewis and J. Fred Gilster, for defendants in error.
Mr. Justice Boggs delivered the opinion of the court.